UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LAMAR A. LENOIR, | Case No. 1:17-cv-586 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Karen L. Litkovitz |
| vs. | |
| OHIO DEPARMTENT OF REHABILITATION AND CORRECTIONS, *et al.*, | |
| Defendant. | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on September 22, 2017, submitted a Report and Recommendation. (Doc. 4). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 4) is **ADOPTED**;

2. Plaintiff's claims against Defendant Ohio Department of Rehabilitation and Corrections are **DISMISSED**;

3. Plaintiff's claims against Defendants in their individual capacities are **DISMISSED**;

4. Plaintiff's claims against Defendant Ron Watts are **DISMISSED**;

5. Plaintiff's claims premised on Defendants allegedly falsifying reports are **DISMISSED**;

6. Plaintiff's claims premised on Defendants' use of threats, slurs, or insults are **DISMISSED**;

7. Plaintiff's claims against Warden Thomas Schweitzer, Health Care Administrator Mrs. Smith, and Institutional Inspector Lora Austin are **DISMISSED**;

8. Plaintiff may proceed with his Eighth Amendment claims against Defendants Kenneth Ritchie, Heather Spellman, Jesse Hubbard, Terry Snelling, Kenneth Green, and the two unidentified correctional officers in their individual capacity; and

9. Pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

Date: 10/27/17

Timothy S. Black
United States District Judge